PHILLIP A. TALBERT
United States Attorney
MATHEW PILE
Associate General Counsel
Office of Program Litigation, Office 7
MARGARET LEHRKIND, CSBN 314717
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Tel: (510) 970-4829
Email: Margaret.Lehrkind@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALICE MARIE SUPONCH,<br><br>    Plaintiff,<br><br>    vs.<br><br>ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:23-cv-0073 DB<br><br>STIPULATION TO REMAND AND ORDER |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Acting Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new hearing and a new decision.

    On remand, the Commissioner will further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final

Stip. to Remand; 2:23-cv-00073-DB

judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted this 28th day of July 2023.

Dated: July 28, 2023           /s/ *Francesco Paulo Benavides*
                               FRANCESCO PAULO BENAVIDES
                               Attorney for Plaintiff
                               (as approved via email)

Dated: July 28, 2023           PHILLIP A. TALBERT
                               United States Attorney

                     By:       /s/ *Margaret Lehrkind*
                               MARGARET LEHRKIND
                               Special Assistant United States Attorney

                               Attorneys for Defendant


**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. This action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand;

2. The Clerk of the Court shall enter final judgment in favor of plaintiff and against defendant, reversing the final decision of the Commissioner; and

3. This action is closed.

DATED: August 1, 2023          /s/ DEBORAH BARNES
                               UNITED STATES MAGISTRATE JUDGE

Stip. to Remand; 2:23-cv-00073-DB